IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY GALE CRISMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:11cv00658-EGS |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties, by and through their respective counsel of record, hereby stipulate to the dismissal of this action, with prejudice, and with each side bearing their own fees and costs.

Plaintiff will not bring any further actions seeking to challenge the adequacy of the Department of Justice's search for responsive records for the three FOIA requests at issue in her First, Second and Third Claims in this action, and will not bring any further actions to otherwise challenge the Defendant's invocations of FOIA Exemptions (b)(6) and / or (b)(7)(C) to withhold information from the "FISA Alert Report Form" constituting the only responsive document released by Defendant in response to the FOIA requests at issue in this action

Dated November 8, 2011

Respectfully submitted,

　/s/　Daniel J. Stotter
DANIEL J. STOTTER, D.C. Bar # WI0015
STOTTER& ASSOCIATES LLC
408 SW Monroe Ave., Ste. L163

Corvallis, Oregon 97333
(541) 738-2601
dstotter@qwestoffice.net

**Attorney for Plaintiff**



TONY WEST
Assistant Attorney General

RONALD C. MACHEN JR.
United States Attorney
District of Columbia

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

    /s/ Gregory Dworkowitz
GREGORY DWORKOWITZ
(N.Y. Bar Registration No. 4796041)
Trial Attorney
WENDY M. DOTY
DC Bar No. 490228
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 305-8576
Fax: (202) 616-8470
Email: gregory.p.dworkowitz@usdoj.gov

**Attorney for Defendant**